OPINION — AG — IT SHOULD BE POINTED OUT THAT THE FOREGOING IS MERELY A SUGGESTED FORM FOR SAID BALLOT TITLE AND SHOULD NOT BE CONSTRUED TO CONSTITUTE THE PRIOR APPROVAL OF A PROPOSED BALLOT TITLE WITHIN THE PURVIEW OF 34 O.S. 1961 9 [34-9], AS AMENDED BY SENATE BILL NO. 283, 30TH (1965) LEGISLATURE. NO OPINION IS EXPRESSED HEREIN AS TO WHETHER A REFERENDUM SUCH AS IS REFERRED TO BY YOU IS AN INITIATIVE PETITION WITH THE PURVIEW OF SAID SENATE BILL NO. 283 (HARVEY CODY)